TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

In re Mark T.
Zuniga

 

 

J. M. and A. G., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY, 
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 

 

 


 
 
                                             O
 R D E R   T O   S H O W  
 C A U S E
  
 PER CURIAM
                         This is a contempt
 proceeding ancillary to the appeal of J. M. and A. G. 
 The subject of this proceeding is Mark T. Zuniga, appellee’s attorney.
                         On November 26, 2012, counsel
 for appellee filed a motion for extension of time to file appellee’s
 brief.  On November 27, 2012, we
 ordered counsel to file appellee’s brief no later
 than December 17, 2012.  To date,
 appellee’s brief has not been filed. 
                         Therefore, it is
 hereby ordered that Mark T. Zuniga
 shall appear in person before this Court on Wednesday, January 16, 2013, at 1:30
 p.m., in the Third Court of Appeals courtroom, located on the first floor of
 the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis
 County, Texas, to show cause why he should not be held in contempt and have
 sanctions imposed for his failure to obey our November 27, 2012 order.  This order to show cause will be withdrawn
 and Mr. Zuniga will be relieved of his obligation to appear before this Court
 as ordered above if the Clerk of this Court receives appellee’s brief before January
 16, 2013.
 It is ordered on January 3, 2013
  
 Before
 Justices Puryear, Pemberton and Rose